# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                              NO. 4:09CR00084 JLH

DERRICK DEON ROSE                                             DEFENDANT

## ORDER

Court convened on Wednesday, July 25, 2012, for a hearing on the government's motion and supplemental motion to revoke the supervised release of defendant Derrick Deon Rose. Documents #42 and #45. Assistant United States Attorney Julie E. Peters was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Latrece E. Gray. Supervisory United States Probation Officer Kenny Davis and United States Probation Officer Michelle Sims were also present.

Upon inquiry from the Court, the defendant denied the allegations involving the April 29, 2012, traffic stop and failure to report the arrest to the probation office. He admitted the other allegations outlined in the petitions. Following witness testimony and statements from counsel and the defendant, the Court determined that the motions to revoke should be held in abeyance for a period of ninety (90) days to allow defendant the opportunity to demonstrate that he can and will comply with the conditions of release previously imposed by the Court.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Tuesday, October 23, 2012. If defendant continues to comply with his conditions of supervised release the next ninety (90) days, the motion and supplemental motion to revoke will be dismissed. In the event the defendant is found to

be in violation of his conditions of release prior to October 23, 2012, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing.

IT IS SO ORDERED this 25th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE